■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHMOND POSTER ADVERTISING CO., INC., Appellant.— Appeal (1) from a judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting appellant of violating sections 21-B and 3 of the Zoning Resolution of the City of New York, and (2) from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ WILLIAM R. WOLFKILL, JR., Suing on Behalf of Himself and All Other Creditors of NATIONAL CONSTRUCTORS, INC., Similarly Situated, Respondent, v. NATIONAL CONSTRUCTORS, INC., et al., Appellants, et al., Defendants.— In an action by a judgment creditor on behalf of himself and other creditors, National Constructors, Inc., the judgment debtor, and Francis A. Rogers, alleged to be its sole stockholder, director and officer, appeal from an order (1) granting respondent's motion for a temporary injunction restraining the appel-

lant Rogers from transferring or disposing of five mortgages, and appointing a receiver therefor, and (2) denying appellants' cross motion to dismiss the amended complaint for insufficiency, and for alternative relief. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.